IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXIS MALDONADO | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al. | : | NO. 09-1697 |

**ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, on this 31st day of March, 2011, upon consideration of Petitioner Alexis Maldonado's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), United States Magistrate Judge L. Felipe Restrepo's Report and Recommendation dated August 16, 2010 (ECF No. 11), Petitioner's Objections thereto and related Motion for Leave of Court to Amend Writ of Habeas Corpus (ECF No. 17), and all related filings, and for the reasons in the accompanying Memorandum on Petition for Writ of Habeas Corpus, it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED;

2. Petitioner's Objections to the Report and Recommendation (ECF No. 17) are OVERRULED;

3. Petitioner's Motion for Leave of Court to Amend Writ of Habeas Corpus (ECF No. 17) is DENIED;

4. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing;

5. There is no probable cause to issue a certificate of appealability;

6. The Clerk shall mark this matter as CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-1697 Maldonado v. Coleman\Maldonado - Order deny petition.wpd